# SELDAT, INC. PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employer, Seldat, Inc. ("Seldat") to recover unpaid overtime wages.

2. During the past three years, there were weeks when I worked overtime hours (over 40 per week) for Seldat as an independent contractor security guard.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Seldat.

4. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: 19 DEC 18

Signature

Print Name: DOMENICO D'CARPIO

Information Below Will Be Redacted in Filings with the Court.

[redacted]

1