NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

GLANCY PRONGAY & MURRAY LLP
Kevin F. Ruf (#136901)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
E-mail: kruf@glancylaw.com

ATTORNEY(S) FOR: Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DOMENICO D'CARPIO, Individually and On Behalf of all Others Similarly Situated, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| SELDAT, INC., | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for __Plaintiff Domenico D'Carpio__ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Domenico D'Carpio | Plaintiff |
| GLANCY PRONGAY & MURRAY LLP | Counsel for Plaintiff |
| All individuals who in the last three years worked directly for Seldat as security guards and who were classified as independent contractors with respect to their work within the United States | FLSA Collective |
| All individuals who worked as independent contractors for Seldat within the state of California | California Class |

| January 8, 2019 | s/ Kevin F. Ruf |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Domenico D'Carpio