1 | GLANCY PRONGAY & MURRAY LLP
2 | Lionel Z. Glancy (#134180)
  | Kevin F. Ruf (#136901)
3 | 1925 Century Park East, Suite 2100
4 | Los Angeles, California 90067
  | Telephone: (310) 201-9150
5 | Facsimile: (310) 201-9160
6 | E-mail: kruf@glancylaw.com
  |         info@glancylaw.com
7 |
8 | *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| DOMENICO D'CARPIO, Individually and On Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>SELDAT, INC.,<br><br>Defendants. | Case No. 2:19-cv-00174-JLS-RAO<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

PROOF OF SERVICE OF SUMMONS AND COMPLAINT

Attached hereto is an Affidavit of Service confirming service of (i) Summons; (ii) Class Action Complaint; and (iii) supporting documents for the above-captioned action.  Service of said documents were effected on Defendant Seldat, Inc. via its registered agent for the service of process.

Dated:  January 18, 2019            GLANCY PRONGAY & MURRAY LLP

By:  *s/ Kevin F. Ruf*
Lionel Z. Glancy
Kevin F. Ruf
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
E-mail: kruf@glancylaw.com
            info@glancylaw.com

*Attorneys for Plaintiff*

Domenico D'Carpio, et. al., Plaintiff(s)
vs.
Seldat, Inc., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 152965-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Seldat, Inc., c/o The Company Corporation as agent for service

GLANCY, PRONGAY, ET AL
Mr. Harry H. Kharodjian
1925 Century Park E., Ste. 2100
Los Angeles, CA 90067

Court Case No. 2:19-cv-00174-JLS-RAO

State of: **Delaware** ) ss.
County of: **New Castle** )

**Name of Server:** **Robert DeLacy**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **17** day of **January**, 20 **19**, at **4:08** o'clock **P** M

**Place of Service:** at **251 Little Falls Drive**, in **Wilmington, DE 19808**

**Documents Served:** the undersigned served the documents described as:
**Summons and Collective and Class Action Complaint;**
**Initial Standing Order for Civil Cases assigned to Judge Josephine**
**L. Staton; ADR; Notice of Assignment to US Judges;**
**Certification and Notice to Interested Parties; Civil Cover Sheet;**
**Plaintiff Consent Form**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Seldat, Inc., c/o The Company Corporation as agent for service

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Donna Snow, Authorized to Accept Service**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **Caucasian**; Hair Color **Brown**; Facial Hair **n/a**
Approx. Age **55**; Approx. Height **Seated**; Approx. Weight **220 lbs**

**X** To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 17th day of January, 2019

Thomas M. Marshall
Notary Public (Commission Expires)

APS International, Ltd.

[Notary Seal: THOMAS M. MARSHALL, MY COMMISSION EXPIRES OCTOBER 18, 2020, NOTARY PUBLIC, STATE OF DELAWARE]

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On January 18, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 18, 2019, at Los Angeles, California.

*s/ Kevin F. Ruf*
Kevin F. Ruf

# Mailing Information for a Case 2:19-cv-00174-JLS-RAO Domenico D Carpio v. Seldat, Inc.

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com,lionel-glancy-2522@ecf.pacerpro.com,info@glancylaw.com

- **Kevin F Ruf**
  kruf@glancylaw.com,info@glancylaw.com,kevin-ruf-7394@ecf.pacerpro.com,kevinruf@gmail.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`