1  SABRINA L. SHADI, SBN 205405
   ERIC W. WITT, SBN 266289
2  **BAKER & HOSTETLER LLP**
   11601 Wilshire Boulevard, Suite 1400
3  Los Angeles, CA 90025-0509
   Telephone: 310.820.8800
4  Facsimile: 310.820.8859
   Email:    sfarag@bakerlaw.com
5            ewitt@bakerlaw.com

6  *Attorneys for Defendant*
   SELDAT, INC.
7

8              UNITED STATE DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10 | DOMENICO D'CARPIO, individually and on behalf of all others similarly situated, | Case No.: 2:19-cv-00174-JLS-(RAOx) |
   |---|---|
   | | [Hon. Josephine L. Staton, Crtm. 10A] |
   | Plaintiff, | **DEFENDANT SELDAT, INC.'S NOTICE OF INTERESTED PARTIES** |
   | v. | |
   | SELDAT, INC., | Action Filed: January 8, 2019 |
   | Defendants. | |

   Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for defendant Seldat, Inc., certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

   (1) Seldat, Inc. – Defendant in this case.

   ///
   ///
   ///

1  (2) Domenico D'Carpio – Plaintiff in this case.

Respectfully submitted,

Dated: February 7, 2019    **BAKER & HOSTETLER LLP**

By: */s/ Eric W. Witt*
    SABRINA L. SHADI
    ERIC W. WITT

*Attorneys for Defendant*
SELDAT, INC.

# PROOF OF SERVICE

I, S. Suzuki, declare:

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509. On February 7, 2019, I served a copy of the within document(s): **DEFENDANT SELDAT, INC.'S NOTICE OF INTERESTED PARTIES**

☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a **Golden State Overnight** agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by causing to be personally delivered the document(s) listed above to the person(s) at the address(es) set forth below.

Lionel Z. Glancy
Kevin F. Ruf
GLANCY PRONGAY & MURRAY, LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 201-9150
Fax: (310) 201-9160

*Emails: kruf@glancylaw.com ; info@glancylaw.com*

*Attorneys for Plaintiff*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on February 7, 2019, at Los Angeles, California.

_____
S. Suzuki

4821-0725-5942.1