___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 19-00174-JLS (RAO)                                  Date: April 3, 2019
Title:  Domenico D'Carpio v. Seldat, Inc.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**         **(In Chambers) SCHEDULING ORDER**

The Court has received and reviewed the parties' Joint Rule 26(f) Report. (Doc. 13.)

The Scheduling Conference set for hearing April 5, 2019, is VACATED and taken off calendar, and the following dates are set.  Counsel's attention is directed to the Court's Civil Trial Order filed concurrently with this Minute Order.

The parties did not propose a class certification schedule.  (*Cf.* Doc. 12, Order Setting Scheduling Conference at 5 ("[T]he parties are directed to discuss class action scheduling issues in their Joint Rule 26(f) Report.").)

Below, the Court sets a Rule 23 class certification briefing schedule.  The reports of experts who will offer opinions related to issues of class certification shall be disclosed no later than the filing of the motion (Plaintiff) and the opposition brief (Defendants).

A motion for conditional certification under the Fair Labor Standards Act shall be filed as soon as practicable.  (*See* Jt. Rpt. at 5-6.)

Except for the motion for class certification, counsel shall notice all hearings for the first available motions date at the time of the filing of the motion, and the deadlines for opposition and reply briefs shall be in accordance with Local Rule 7-9 and 7-10.  The motion for class certification shall be noticed for hearing on the first available motions hearing date at the time of the filing of the motion, but no earlier than February 28, 2020.

The dates below will not be continued absent a showing of good cause.  *See* Fed. R. Civ. P. 16(b)(4).

The Court will set a trial date and an exhibit conference date at the Final Pretrial Conference.  The parties are directed to confer before the Final Pretrial Conference and to

___

___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 19-00174-JLS (RAO)                                    Date: April 3, 2019

Title:  Domenico D'Carpio v. Seldat, Inc.

identify in the Proposed Final Pretrial Conference Order mutually agreeable trial dates within the 90 days following the Final Pretrial Conference.  Where the Court's trial calendar permits, the Court will set the trial for a date agreed upon by the parties.

| | |
|---|---|
| Last Day to File a Motion to Add Parties and Amend Pleadings: | June 4, 2019 |
| Last Day to File Motion for Class Certification: | December 20, 2019 |
| Last Day to File Opposition to Motion for Class Certification: | January 31, 2010 |
| Last Day to File Reply in Support of Motion for Class Certification: | February 14, 2020 |
| Fact Discovery Cut-off: | April 17, 2020 |
| Last Day to File Motions (excluding *Daubert* Motions and all other Motions in Limine): | May 1, 2020 |
| Last Day to Serve Initial Expert Reports: | May 1, 2020 |
| Last Day to Serve Rebuttal Expert Reports: | May 29, 2020 |
| Last Day to Conduct Settlement Proceedings: | June 19, 2020 |
| Expert Discovery Cut-off: | June 26, 2020 |
| Last Day to File *Daubert* Motions: | July 3, 2020 |
| Last Day to File Motions in Limine (excluding *Daubert* motions): | July 24, 2020 |
| Final Pretrial Conference (10:30 a.m.): | August 21, 2020 |
| Trial Estimate:[1] | 4 days |

**IT IS SO ORDERED.**

Initials of Preparer:  tg

---

[1] This is the parties' estimate.  The Court may allot fewer days for trial.

___