GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (#134180)
Kevin F. Ruf (#136901)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
E-mail: kruf@glancylaw.com
         info@glancylaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DOMENICO D'CARPIO, Individually and On Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SELDAT, INC.,<br><br>Defendants. | Case No. 2:19-cv-00174-JLS-RAO<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND**<br><br>Date:   July 5, 2019<br>Time:   10:30 a.m.<br>Crtm.   10A – 10th Floor<br>Judge:  Hon. Josephine L. Staton |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that on July 5, 2019 at 10:30 a.m., or as soon thereafter as the Parties may be heard in the Courtroom of the Honorable Josephine L. Staton, located at the Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth St., Santa Ana, CA, 92701, Courtroom 10A, 10th Floor, plaintiff Domenic D'Carpio will, and hereby does, move the Court for an entry of an Order to amend his Complaint and add an additional defendant.

This motion is based upon the accompanying Memorandum of Points and Authorities and all the documents and exhibits in support thereof, as well as all the pleadings and papers on file in this matter and any further evidence and argument as may be presented at the hearing.

Dated:  June 4, 2019                                      GLANCY PRONGAY & MURRAY LLP

By:  *s/ Kevin F. Ruf*
Lionel Z. Glancy
Kevin F. Ruf
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
E-mail: kruf@glancylaw.com
              info@glancylaw.com

*Attorneys for Plaintiff*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On June 4, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 4, 2019, at Los Angeles, California.

*s/ Kevin F. Ruf*
Kevin F. Ruf