GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (#134180)
Kevin F. Ruf (#136901)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
E-mail: kruf@glancylaw.com
         info@glancylaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DOMENICO D'CARPIO, Individually and On Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SELDAT, INC.,<br><br>Defendants. | Case No. 2:19-cv-00174-JLS-RAO<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND**<br><br>Date:  July 5, 2019<br>Time:  10:30 a.m.<br>Crtm.  10A – 10th Floor<br>Judge: Hon. Josephine L. Staton |

1  Having considered the motion of plaintiff Domenic D'Carpio to amend his
2  Complaint and add an additional defendant, (the "Motion"), and good cause
3  appearing, IT IS HEREBY ORDERED THAT:
4      1.    Plaintiff's motion for leave to file a First Amended Complaint and add
5  an additional defendant is granted.
6
7  **SO ORDERED.**
8
9  Dated: _____, 2019
10
11
12                                                    _____
                                                HONORABLE JOSEPHINE L. STATON
13                                                  UNITED STATES DISTRICT JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

467344.1                     [PROPOSED] ORDER
                                          1