SABRINA L. SHADI, SBN 205405
ERIC W. WITT, SBN 266289
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email:    sshadi@bakerlaw.com
          ewitt@bakerlaw.com

*Attorneys for Defendant*
SELDAT, INC.

# UNITED STATE DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMENICO D'CARPIO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SELDAT, INC.,<br><br>Defendants. | Case No.: 2:19-cv-00174-JLS-(RAOx)<br><br>[Hon. Josephine L. Staton, Crtm. 10A]<br><br>**DEFENDANT SELDAT, INC.'S STATEMENT OF NON-OPPOSITION TO MOTION TO AMEND COMPLAINT**<br><br>Date: July 5, 2019<br>Time: 10:30 a.m.<br>Courtroom: 10A<br><br>Action Filed:  January 8, 2019 |

**TO THE COURT, PLAINTIFF DOMENICO D'CARPIO AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant SELDAT, INC. ("SELDAT"), without any admissions and preserving all of Defendant's defenses, does not oppose Plaintiff Domenico D'Carpio's Motion for Leave to Amend the Complaint filed on June 4, 2019 and scheduled for hearing on July 5, 2019 at 10:30 a.m. in Department 10A of the above-entitled Court.

Respectfully submitted,

Dated: June 14, 2019      **BAKER & HOSTETLER LLP**

By:   */s/ Eric W. Witt*
      SABRINA L. SHADI
      ERIC W. WITT

*Attorneys for Defendant*
Seldat, Inc.

# PROOF OF SERVICE

I, S. Suzuki, declare:

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509. On June 14, 2019, I served a copy of the within document(s): **DEFENDANT SELDAT, INC.'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a **Golden State Overnight** agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by causing to be personally delivered the document(s) listed above to the person(s) at the address(es) set forth below.

Lionel Z. Glancy
Kevin F. Ruf
GLANCY PRONGAY & MURRAY, LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 201-9150
Fax: (310) 201-9160

*Emails: kruf@glancylaw.com ; info@glancylaw.com*

*Attorneys for Plaintiff*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on June 14, 2019, at Los Angeles, California.

_____
S. Suzuki

4823-6753-1418.1