GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (#134180)
Kevin F. Ruf (#136901)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
E-mail: kruf@glancylaw.com
         info@glancylaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| DOMENICO D'CARPIO, Individually and On Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SELDAT, INC.,<br><br>Defendants. | Case No. 2:19-cv-00174-JLS-RAO<br><br>**PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR LEAVE TO AMEND**<br><br>Date:    July 5, 2019<br>Time:    10:30 a.m.<br>Crtm.    10A – 10th Floor<br>Judge:   Hon. Josephine L. Staton |

467344.1                         REPLY IN SUPPORT OF MOTION

1    Defendant has filed a Notice of Non-Opposition to Plaintiff's Motion for
2 Leave to Amend and, as set forth in the moving papers, had previously agreed to the
3 amendment requested. Therefore, and on this basis, Plaintiff respectfully requests
4 that the motion be granted without the need for a hearing

6 Dated: June 20, 2019                    GLANCY PRONGAY & MURRAY LLP

9                                         By: *s/ Kevin F. Ruf*
                                          Lionel Z. Glancy
10                                        Kevin F. Ruf
                                          1925 Century Park East, Suite 2100
11                                        Los Angeles, California 90067
                                          Telephone: (310) 201-9150
12                                        Facsimile: (310) 201-9160
                                          E-mail: kruf@glancylaw.com
13                                                 info@glancylaw.com
14

15                                        *Attorneys for Plaintiff*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On June 20, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 20, 2019, at Los Angeles, California.

*s/ Kevin F. Ruf*
Kevin F. Ruf