**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| DOMENICO D'CARPIO, Individually and On Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SELDAT, INC.,<br><br>Defendants. | Case No. 2:19-cv-00174-JLS-RAO<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND (Doc. 17)** |

Having considered the papers filed by Plaintiff in support of his Motion for Leave to Amend, Defendant's non-opposition, and that leave to amend pursuant to Federal Rule of Civil Procedure Rule 15(a)(2) should be "freely given," the Court GRANTS Plaintiff's Motion. Accordingly, the hearing set for July 5, 2019, at 10:30 a.m. is VACATED. Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15. Further, in accordance with Local Rules 15-1 to 15-3, Plaintiff is ORDERED to file and serve the First Amended Complaint within **ten (10) days** of the entry of this Order.

Dated: July 01, 2019

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1