| *Attorney or Party without Attorney:*<br>GLANCY PRONGAY & MURRAY LLP<br>Lionel Z. Glancy (134180)<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>    Telephone No:  310-201-9150 | | ***For Court Use Only*** |
|---|---|---|
|    *Attorney For:*  Plaintiff | *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION | | |
| *Plaintiff:*  DOMENICO D'CARPIO, Individually and On Behalf of all Others Similarly Situated<br>*Defendant:*  SELDAT, INC., et al. | | |

| PROOF OF SERVICE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:19-CV-00174-JLS-RAO |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Action On First Amended Complaint , First Amended Class Action Complaint

3.  *a.  Party served:*     SELDAT DISTRIBUTION, INC.
    *b.  Person served:*   DANIEL DADOUN, CHIEF EXECUTIVE OFFICER, served under F.R.C.P. Rule 4.

4.  *Address where the party was served:*   9421 Transportation Way, Fontana, CA 92335

5.  *I served the party:*
    a. **by substituted service.**   On: Tue, Jul 09 2019 at: 11:53 AM by leaving the copies with or in the presence of:
    "Jane Doe" Customer Service Manager
    (Age: 30s; Ethnicity: Persian; Gender: Female; Weight: 100; Height: 5'2"; Hair: Black)

(1)  [ ]  **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
(2)  [X]  **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
(3)  [X]  **(Declaration of Mailing)** is attached.
(4)  [ ]  **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



**PROOF OF
SERVICE**

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| GLANCY PRONGAY & MURRAY LLP<br>Lionel Z. Glancy (134180)<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>  Telephone No:   310-201-9150<br><br>  *Attorney For:*   Plaintiff | *Ref. No. or File No.:* | |

| | |
|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION | |
| *Plaintiff:*   DOMENICO D'CARPIO, Individually and On Behalf of all Others Similarly<br>          Situated<br>*Defendant:*   SELDAT, INC., et al. | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:19-CV-00174-JLS-RAO |
|---|---|---|---|---|

6.  **Person Who Served Papers:**
   a. Alejandro Valenzuela (1679, Orange County)
   b. **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

                                                        **d.** *The Fee* for Service was:

7.  **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**


07/10/2019                                      *Alejandro Valenzuela*
—————————                         ——————————————
          *(Date)*                                          *(Signature)*




                    **PROOF OF**                                *3537237*
                    **SERVICE**                                *(4043271)*
                                                            **Page 2 of 2**

| *Attorney or Party without Attorney:*<br>GLANCY PRONGAY & MURRAY LLP<br>Lionel Z. Glancy (134180)<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067 | | ***For Court Use Only*** |
|---|---|---|
| *Telephone No:* 310-201-9150 | | |
| *Attorney For:* Plaintiff | *Ref. No. or File No.:* | |

| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION |
|---|
| *Plaintiff:* DOMENICO D'CARPIO, Individually and On Behalf of all Others Similarly Situated |
| *Defendant:* SELDAT, INC., et al. |

| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:19-CV-00174-JLS-RAO |
|---|---|---|---|---|

1.  *I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.*

2.  I served copies of the Summons in a Civil Action On First Amended Complaint , First Amended Class Action Complaint

3.  By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
    a. Date of Mailing: Tue, Jul 9, 2019
    b. Place of Mailing: LOS ANGELES, CA 90026
    c. Addressed as follows: SELDAT DISTRIBUTION, INC.
        9421 Transportation Way, Fontana, CA 92335

4.  *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue, Jul 9, 2019 in the ordinary course of business.*

5.  **Person Serving:**
    a. THOMAS TILCOCK
    **b. FIRST LEGAL**
        1517 W. Beverly Boulevard
        LOS ANGELES, CA 90026
    c. (213) 250-1111

    **d. *The Fee*** for Service was:

6.  ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

07/10/2019
*(Date)*

*(Signature)*



Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
BY MAIL

*3537237*
*(4043271)*

1    **<u>PROOF OF SERVICE BY ELECTRONIC POSTING</u>**

2        I, the undersigned say:

3        I am not a party to the above case, and am over eighteen years old.  On July 11,

4   2019, I served true and correct copies of the foregoing document, by posting the

5   document electronically to the ECF website of the United States District Court for the

6   Central District of California, for receipt electronically by the parties listed on the

7   Court's Service List.

8        I affirm under penalty of perjury under the laws of the United States of America

9   that the foregoing is true and correct.  Executed on July 11, 2019, at Los Angeles,

10  California.

11

12                                    *s/ Kevin F. Ruf*
                                      Kevin F. Ruf
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28