**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOMENICO D'CARPIO, individually and on behalf of all others similarly situated,<br>Plaintiff(s)<br>v.<br>SELDAT, INC. and SELDAT DISTRIBUTION, INC.,<br>Defendant(s) | CASE NUMBER<br>2:19-cv-00174-JLS-RAO<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

Seldat, Inc.      ☐ Plaintiff   ☒ Defendant   ☐ Other
*Name of Party*

to substitute  Simon Aron of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP   who is

☒ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

11400 West Olympic Boulevard, 9th Floor, Los Angeles, CA 90064-1582
*Street Address*

Los Angeles, CA 90064-1582                saron@wrslawyers.com
*City, State, Zip*                         *E-Mail Address*

(310) 478-4100            (310) 479-1422            108183
*Telephone Number*         *Fax Number*              *State Bar Number*

as attorney of record instead of  Sabrina L. Shadi and Eric W. Witt of Baker & Hostetler LLP
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**     ☐ GRANTED     ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____          _____
                                         U. S. District Judge/U.S. Magistrate Judge