# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMENICO D'CARPIO, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>SELDAT, INC. and SELDAT DISTRIBUTION, INC.,<br><br>Defendant(s). | CASE NUMBER:<br><br>2:19-cv-00174-JLS-RAO<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

<u>Seldat, Inc.</u>　　　　　　　　　☐ Plaintiff　☒ Defendant　☐ Other
*Name of Party*

to substitute <u>Simon Aron of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP</u> who is

☒ Retained Counsel　　☐ Counsel appointed by the Court (Criminal cases only)　　☐ Pro Se

<u>11400 West Olympic Boulevard, 9th Floor, Los Angeles, CA 90064-1582</u>
*Street Address*

<u>Los Angeles, CA 90064-1582</u>　　　　　　　　　<u>saron@wrslawyers.com</u>
*City, State, Zip*　　　　　　　　　　　　　　　　　　　*E-Mail Address*

<u>(310) 478-4100</u>　　　　<u>(310) 479-1422</u>　　　　<u>108183</u>
*Telephone Number*　　　　*Fax Number*　　　　*State Bar Number*

as attorney of record instead of <u>Sabrina L. Shadi and Eric W. Witt of Baker & Hostetler LLP</u>
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**　　**X  GRANTED**　　☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  July 15, 2019　　　　　　　　　　　　**JOSEPHINE L. STATON**
　　　　　　　　　　　　　　　　　　　　　　　　　　U. S. District Judge