GLANCY PRONGAY & MURRAY LLP
LIONEL Z. GLANCY (State Bar No. 134180)
KEVIN F. RUF (State Bar No. 136901)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: kruf@glancylaw.com
      info@glancylaw.com

Attorneys for Plaintiff

SIMON ARON (State Bar No. 108183)
  saron@wrslawyers.com
MATTHEW S. OSTER (State Bar No. 190541)
  moster@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone: (310) 478-4100
Facsimile: (310) 479-1422

Attorneys for Defendants SELDAT, INC. and SELDAT DISTRIBUTION, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DOMENICO D'CARPIO, Individually and on Behalf of all Others Similarly Situated., <br><br> Plaintiffs, <br><br> vs. <br><br> SELDAT, INC., and SELDAT DISTRIBUTION, INC. <br><br> Defendants. | Case No. 2:19-cv-00174-JLS-RAO <br><br> **JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT** <br><br> Honorable Josephine L. Staton |

**COMES NOW** plaintiff Domenico D'Carpio ("Plaintiff") and defendants Seldat, Inc., and Seldat Distribution, Inc., (collectively "Defendants") and stipulate with reference to the following:

///

-1-
JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT

A. Defendants substituted Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, as counsel of record in this action by Order entered July 29, 2019 (Dkt. 27).

B. Defendants will shortly seek to associate in as counsel of record Robinson Brog Leinwand Greene Genovese & Gluck P.C., and Michael E. Eisenberg.

C. Defendants will also seek have Mr. Eisenberg and Robinson Brog Leinwand Greene Genovese & Gluck P.C. , admitted to practice before this District Court *pro hac vice*.

Therefore, Plaintiff and Defendants now:

**STIPULATE AND AGREED**, between the undersigned counsel, that the time for defendants Seldat, Inc. and Seldat Distribution, Inc. ("Defendants") to answer or otherwise respond with respect to the First Amended Complaint in the above-captioned action is extended through and including August 30, 2019.

**FURTHER STIPULATE AND AGREED,** by and between the undersigned counsel that Defendants hereby waive any and all defenses as to personal jurisdiction including any defense based upon service of the Summons and Complaint.

**FURTHER STIPULATE AND AGREED** that the statute of limitations on claims set forth in the FAC are tolled for period of time beginning on July 30, 2019 and ending when Defendants have responded to the FAC.

**FURTHER STIPULATE AND AGREED,** this stipulation may be executed by facsimile signatures, which shall be deemed original signatures.

DATED: August 1, 2019                    GLANCY PRONGAY & MURRAY LLP

By:      /s/ Kevin F. Ruf
KEVIN F. RUF
Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | DATED: August 1, 2019 | WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By:     /s/ Simon Aron |
| 6 | | SIMON ARON |
| | | Attorneys for Defendants Seldat, Inc. and Seldat Distribution, Inc. |

3748021.1

-3-

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT

**FILER'S ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: August 1, 2019          WOLF, RIFKIN, SHAPIRO,
                               SCHULMAN & RABKIN, LLP


                               By:     /s/ Simon Aron
                                       SIMON ARON
                               Attorneys for Defendants Seldat, Inc. and Seldat Distribution, Inc.