1

2

3

4

5

6

7

8

9       UNITED STATES DISTRICT COURT

10      CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

11

12   DOMENICO D'CARPIO, Individually    Case No. 2:19-cv-00174-JLS-RAO
     and on Behalf of all Others Similarly
13   Situated.,                          **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**
14            Plaintiffs,

15       vs.

16   SELDAT, INC., and SELDAT
     DISTRIBUTION, INC.
17
              Defendants.
18

19

20

21

22

23

24

25

26

27

28

-1-

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO
FIRST AMENDED COMPLAINT

1    The Stipulation of plaintiff Domenico D'Carpio ("Plaintiff") and defendants

2  Seldat, Inc., and Seldat Distribution, Inc., (collectively "Defendants") having been

3  read and considered and good cause appearing therefore,

4        **NOW, IT IS HEREBY ORDERED** that:

5        1.    The time for defendants Seldat, Inc. and Seldat Distribution, Inc.

6  ("Defendants") to answer or otherwise respond with respect to the First Amended

7  Complaint in the above-captioned action is extended through and including August

8  30, 2019;

9        2.    Defendants waive any and all defenses as to personal jurisdiction

10  including any defense based upon service of the Summons and Complaint; and

11        3.    The statute of limitations on claims set forth in the Plaintiff's First

12  Amended Complaint (the "FAC") are tolled for period of time beginning on July 30,

13  2019 and ending when Defendants have responded to the FAC.

14

15  DATED:

16

17

18                                    JOSEPHINE L. STATON
                                      UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

3748052.1

-2-

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO
FIRST AMENDED COMPLAINT