UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| DOMENICO D'CARPIO, Individually and on Behalf of all Others Similarly Situated., <br><br> Plaintiffs, <br><br> vs. <br><br> SELDAT, INC., and SELDAT DISTRIBUTION, INC. <br><br> Defendants. | Case No. 2:19-cv-00174-JLS-RAO <br><br> **ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT** |
|---|---|

The Stipulation of plaintiff Domenico D'Carpio ("Plaintiff") and defendants Seldat, Inc., and Seldat Distribution, Inc., (collectively "Defendants") having been read and considered,

**NOW, IT IS HEREBY ORDERED** that:

1. The time for defendants Seldat, Inc. and Seldat Distribution, Inc. ("Defendants") to answer or otherwise respond with respect to the First Amended Complaint in the above-captioned action is extended through and including August 30, 2019;

2. Defendants waive any and all defenses as to personal jurisdiction including any defense based upon service of the Summons and Complaint; and

3. The statute of limitations on claims set forth in the Plaintiff's First Amended Complaint (the "FAC") are tolled for period of time beginning on July 30, 2019 and ending when Defendants have responded to the FAC.

DATED: August 07, 2019

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE