Name and address:
SIMON ARON (State Bar No. 108183)
saron@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DOMENICO D'CARPIO, individually and on behalf of all others similarly situated,

Plaintiff(s)

v.

SELDAT, INC. and SELDAT DISTRIBUTION, INC.,

Defendant(s).

CASE NUMBER

2:19-cv-00174-JLS-RAO

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Eisenberg, Michael A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 603-6300
*Telephone Number*

(212) 956-2164
*Fax Number*

mae@robinsonbrog.com
*E-Mail Address*

of

Robinson Brog Leinwand Greene Genovese & Gluck P.C.
875 Third Avenue, 9th Floor
New York, NY 10022-0123
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Seldat, Inc.
Seldat Distribution, Inc.

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:* _____

and designating as Local Counsel

Aron, Simon
*Designee's Name (Last Name, First Name & Middle Initial)*

108183
*Designee's Cal. Bar No.*

(310) 478-4100
*Telephone Number*

(310) 479-1422
*Fax Number*

saron@wrslawyers.com
*E-Mail Address*

of

Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, CA 90064-1582
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge

G–64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1