# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMENICO D'CARPIO, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br>v.<br>SELDAT, INC. and SELDAT DISTRIBUTION, INC.,<br><br>Defendant(s). | CASE NUMBER<br><br>2:19-cv-00174-JLS-RAO<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Eisenberg, Michael A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 603-6300    (212) 956-2164
*Telephone Number*    *Fax Number*

mae@robinsonbrog.com
*E-Mail Address*

of

Robinson Brog Leinwand Greene Genovese & Gluck P.C.
875 Third Avenue, 9th Floor
New York, NY 10022-0123
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Seldat, Inc.
Seldat Distribution, Inc.

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Aron, Simon
*Designee's Name (Last Name, First Name & Middle Initial)*

108183    (310) 478-4100    (310) 479-1422
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

saron@wrslawyers.com
*E-Mail Address*

of

Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, CA 90064-1582
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application:
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: August 26, 2019**

JOSEPHINE L. STATON
**U.S. District Judge**