# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMENICO D'CARPIO, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br>v.<br>SELDAT, INC. and SELDAT DISTRIBUTION, INC.,<br><br>Defendant(s). | CASE NUMBER<br><br>2:19-cv-00174-JLS-RAO<br><br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Raimond, Roger A.  
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 603-6300   (212) 956-2164  
*Telephone Number*   *Fax Number*

rar@robinsonbrog.com  
*E-Mail Address*

of Robinson Brog Leinwand Greene Genovese & Gluck P.C.  
875 Third Avenue, 9th Floor  
New York, NY 10022-0123  
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Seldat, Inc.  
Seldat Distribution, Inc.

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Aron, Simon  
*Designee's Name (Last Name, First Name & Middle Initial)*

108183   (310) 478-4100   (310) 479-1422  
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

saron@wrslawyers.com  
*E-Mail Address*

of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP  
11400 West Olympic Boulevard, 9th Floor  
Los Angeles, CA 90064-1582  
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: August 26, 2019**

JOSEPHINE L. STATON  
**U.S. District Judge**