GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (#134180)
Kevin F. Ruf (#136901)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: kruf@glancylaw.com
          info@glancylaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMENICO D'CARPIO, Individually and On Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SELDAT, INC., and SELDAT DISTRIBUTION, INC.,<br><br>Defendants. | Case No. 2:19-cv-00174-JLS-RAO<br><br><u>Assigned for All Purposes To</u>:<br>Hon. Josephine L. Staton<br>Courtroom 10A, 10th Fl.<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Complaint Filed: January 8, 2019<br>Amended Complaint Filed: July 2, 2019<br>Trial Date: None |

Plaintiff Domenico D'Carpio ("Plaintiff"), and Defendants Seldat, Inc., and Seldat Distribution, Inc. (collectively "Defendants" and collectively with Plaintiff, the "Parties"), by and through their undersigned counsel of record, respectfully submit this Joint Stipulation for Voluntary Dismissal Without Prejudice of this action, under Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties hereby agree and stipulate to the following:

WHEREAS, on January 8, 2019, Plaintiff brought this action styled *Domenico D'Carpio v. Seldat Inc.*, Case No. 2:19-cv-00174-JLS-RAO (the "Action") as a collective action under § 216(b) of the Federal Fair Labor and Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA"), and as a class action under Fed. R. Civ. P. 23 ("Rule 23") (the "Complaint") (Doc. 1), asserting the following causes of action against Defendant Seldat, Inc.: (1) Failure to Pay Wages Under the FLSA; (2) Failure to Pay Wages and Overtime Under Cal. Lab. Code §§ 510 and 1194; (3) Meal-Break and Rest-Break Liability Under Cal. Lab. Code §§ 226.7 and 512; (4) Violation of Cal. Lab. Code § 203; (5) Violation of Cal. Lab. Code § 226(a); and, (6) Violation of Cal. Bus. & Prof. Code § 17200 *et seq.*;

WHEREAS, Plaintiff brought his FLSA claims in this Action on behalf of a proposed collective of similarly situated security guards, classified as independent contractors, that have worked or currently work for Defendants within the three years prior to the filing of the Complaint. Plaintiff brought his Rule 23 claims in this Action on behalf of a proposed class of similarly situated security guards, classified as

independent contractors, that have worked or currently work for Defendants in the state of California.  *See* (Docs. 1, 22);

WHEREAS, on January 9, 2019, this Action was assigned to this honorable Court.  (Doc. 5);

WHEREAS, on February 7, 2019, Defendant Seldat, Inc. answered the Complaint.  (Doc. 10);

WHEREAS, on March 21, 2019, the Parties submitted a Joint Rule 26(f) Report. (Doc. 13.)  On April 3, 2019, after reviewing the Parties' Joint Rule 26(f) Report, the Court entered a scheduling order setting forth a Rule 23 class certification briefing schedule and providing that a motion for conditional certification was to be filed as soon as practicable.  (Doc. 14);

WHEREAS, on or about April 17, 2019, Plaintiff submitted a Private Attorney General Act ("PAGA") Notice Letter to the Labor and Workforce Development Agency ("PAGA Notice Letter"), which described: (i) the facts and theories supporting Plaintiff's allegations concerning Defendants' violations of the Labor Code and IWC Wage Order; and, (ii) Plaintiff's intent to recover penalties based on the violations set forth therein.  On the same date, Plaintiff also served the same PAGA Notice Letter on Defendants by certified mail;

WHEREAS, on June 4, 2019, Plaintiff filed a motion and supporting documents requesting leave to amend the Complaint to add Seldat Distribution, Inc. as a defendant. (Docs. 17, 18.)  On June 14, 2019, Defendants filed a notice of non-opposition to

Plaintiff's motion for leave to amend the Complaint.  (Doc. 19.)  On June 20, 2019, Plaintiff filed a reply in support of the motion for leave to amend the Complaint.  (Doc. 20);

WHEREAS, on July 1, 2019, the Court entered an order granting Plaintiff's motion for leave to amend the Complaint.  (Doc. 21);

WHEREAS, on July 2, 2019, Plaintiff filed a first amended complaint in this Action, which added Seldat Distribution, Inc. as a defendant.  (Doc. 22.)  On August 30, 2019, Defendants answered the first amended complaint.  (Doc. 35);

WHEREAS, on June 28, 2019, Plaintiff initiated a lawsuit against Defendants and Does 1 through 25, inclusive, in Los Angeles Superior Court, alleging unlawful labor practices in violation of PAGA and seeking penalties under PAGA for violations of Cal. Lab. Code §§ 201, 202, 203, 226, 226.7, and 512 *et seq.*, on his behalf and on behalf of all aggrieved employees that were employed by Defendants in the state of California as security guards classified as independent contractors (the "State Complaint" or "State Action").  On August 13, 2019, the State Action was assigned for all purposes to the Honorable Richard J. Burdge, Jr., Department 37 at the Stanley Mosk Courthouse.  On August 30, 2019, Defendants filed their answer to the State Complaint;

WHEREAS, the Parties have been meeting and conferring and have agreed that Plaintiff may file an amended complaint in the State Action to add the Rule 23 claims asserted in this Action;

WHEREAS, the Parties are in agreement that in order to avoid unnecessary motion practice and in the interest of judicial efficiency and economy, the Parties will stipulate to dismiss Plaintiff's claims in this Action without prejudice, subject to the Court's approval. As there has been no FLSA collective certified and no other putative Collective members have opted-into the Action, the dismissal of Plaintiff's FLSA claims will not prejudice Defendants or any putative Collective members. Similarly, as there has been no certification of a Rule 23 class, and in light of the Parties' agreement that Plaintiff will amend the State Complaint to add the Rule 23 claims asserted in this Action, dismissal of the Rule 23 class claims in this Action will not prejudice Defendants or any putative class members;

WHEREAS, the Parties agree that no payment was made to Plaintiff or his counsel in exchange for the dismissal of Plaintiff's claims in this Action;

WHEREAS, the Parties agree that each party shall bear its own costs and attorney's fees associated with Plaintiff's claims in this Action;

THEREFORE, the Parties stipulate to voluntarily dismiss this Action in its entirety without prejudice and respectfully request that the Court enter the concurrently filed [Proposed] Order to that end.

IT IS SO STIPULATED.

Plaintiff's undersigned counsel attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the document's content and have authorized the filing.

Dated:  October 22, 2019

**GLANCY PRONGAY & MURRAY LLP**

By:  *s/ Kevin F. Ruf*
Lionel Z. Glancy
Kevin F. Ruf
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
E-mail: kruf@glancylaw.com
           info@glancylaw.com

*Attorneys for Plaintiff*

Dated:   October 22, 2019

**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**

By: *s/ Michael A. Eisenberg*
Michael A. Eisenberg
875 Third Avenue
New York, NY 10022
Telephone: (212) 603-6300
Facsimile: (212) 956-2164
Email: mae@robinsonbrog.com

**WOLF RIFKIN SHAPIRO SCHULMAN & RABKIN, LLP**

Simon Aron
11400 West Olympic Boulevard, 9th Floor
Los Angeles, CA 90064
Telephone: (310) 478-4100
Facsimile: (310) 479-1422
Email: saron@wrslawyers.com

*Attorneys for Defendants*

1

## **ATTESTATION**

2       I, Kevin F. Ruf, am the ECF user whose identification and password are being

3   used to file this document. In compliance with Local Rule 5-4.3.4, I hereby attest that

4   all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

5

6   Dated: October 22, 2019        *s/ Kevin F. Ruf*

                                    Kevin F. Ruf

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>PROOF OF SERVICE BY ELECTRONIC POSTING</u>

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On October 22, 2019, I served true and correct copies of the following document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 22, 2019, at Los Angeles, California.


*s/ Kevin F. Ruf*
Kevin F. Ruf