GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (#134180)
Kevin F. Ruf (#136901)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: kruf@glancylaw.com
         info@glancylaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMENICO D'CARPIO, Individually and On Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SELDAT, INC., and SELDAT DISTRIBUTION, INC.,<br><br>Defendants. | Case No. 2:19-cv-00174-JLS-RAO<br><br><u>Assigned for All Purposes To</u>:<br>Hon. Josephine L. Staton<br>Courtroom 10A, 10th Fl.<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Complaint Filed: January 8, 2019<br>Amended Complaint Filed: July 2, 2019<br>Trial Date: None |

# ORDER

The Court has reviewed and considered the Joint Stipulation for Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) ("Joint Stipulation") submitted by Plaintiff Domenico D'Carpio ("Plaintiff") and Defendants Seldat, Inc., and Seldat Distribution, Inc. (collectively with Plaintiff, the "Parties").

With good cause appearing and pursuant to the Parties' Joint Stipulation, the Court hereby orders that:

This Action (styled *Domenico D'Carpio v. Seldat, Inc.*, Case No. 2:19-cv-00174-JLS-RAO) shall be dismissed in its entirety without prejudice.

**IT IS SO ORDERED.**

DATED: _____

    Hon. Josephine L. Staton
    United States District Court Judge