JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMENICO D'CARPIO, Individually and On Behalf of all Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br>v.<br>SELDAT, INC., and SELDAT DISTRIBUTION, INC.,<br>　　　　　Defendants. | Case No. 2:19-cv-00174-JLS-RAO<br><br>**ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Complaint Filed: January 8, 2019<br>Amended Complaint Filed: July 2, 2019<br>Trial Date: None |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Court has reviewed and considered the Joint Stipulation for Voluntary |
| 3 | |
| 4 | Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) ("Joint |
| 5 | Stipulation") submitted by Plaintiff Domenico D'Carpio ("Plaintiff") and Defendants |
| 6 | Seldat, Inc., and Seldat Distribution, Inc. (collectively with Plaintiff, the "Parties"). |
| 7 | |
| 8 | With good cause appearing and pursuant to the Parties' Joint Stipulation, the |
| 9 | Court hereby orders that: |
| 10 | This Action (styled *Domenico D'Carpio v. Seldat, Inc.*, Case No. 2:19-cv- |
| 11 | |
| 12 | 00174-JLS-RAO) shall be dismissed in its entirety without prejudice. |
| 13 | **IT IS SO ORDERED.** |
| 14 | DATED: October 28, 2019 |

*[Signature]*

Hon. Josephine L. Staton
United States District Judge